# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3971
Lower Tribunal No. 2022-CC-018145

_____

PAMELA KING,

Appellant,

v.

PEOPLE'S TRUST INSURANCE COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Evellen Jewett, Judge.

September 13, 2024

PER CURIAM.

Pamela King appeals the trial court's October 30, 2023, order dismissing her complaint for failing to comply with section 627.70152(3), Florida Statutes. Based on our recent decision in *Hughes v. Universal Property & Casualty Insurance Co.*, 374 So. 3d 900 (Fla. 6th DCA 2023), which is indistinguishable in all material respects from the instant case, we reverse the dismissal and remand this case for further proceedings. For the same reasons set forth in *Hughes,* we certify this

decision to be in direct conflict with *Cole v. Universal Property & Casualty Insurance Co.*, 363 So. 3d 1089 (Fla. 4th DCA 2023).

REVERSED and REMANDED. CONFLICT CERTIFIED.

NARDELLA and BROWNLEE, JJ., concur.
LAMBERT, B.D., Associate Judge, concurs in result only.


Jeremy D. Bailie, of Weber, Crabb & Wein, P.A., St. Petersburg, for Appellant.

Mark D. Tinker and Brandon J. Tyler, of Cole, Scott & Kissane, P.A., Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED